428

BLESSING, APPELLANT, *v.* BLESSING, APPELLEE.

[Cite as *Blessing v. Blessing* (1997), 80 Ohio St.3d 428.]

(No. 97–422—Submitted December 3, 1997—Decided December 31, 1997.)

*Charles W. Blessing, pro se.*

The judgment of the court of appeals is affirmed on the authority of *Pauly v. Pauly* (1997), 80 Ohio St.3d 386, 686 N.E.2d 1108.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, J., not participating.